UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE RAMNARINE,

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

BRONX Psychiatric CENTER
Edwina Smith - Personal or Human Resource
Margarette Douglas - Nursing Department

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

RECEIVED
JAN 20 2016
PRO SE OFFICE

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☒ Yes  ☐ No
*(check one)*

**16 CV 0479**

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

- ☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
  *NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
  *NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

- ☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
  *NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

- ☑ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

- ☑ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010

1

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name MARIE RAMNARINE
Street Address 1700 HONE AVENUE APT #1
County, City BRONX
State & Zip Code NEW YORK 10461
Telephone Number 646-467-4948

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant
Name Edwina Smith - Human Resources of BRONX Psychiatric Center
Street Address 1500 Waters Place
County, City BRONX
State & Zip Code N.Y. 10461
Telephone Number 718-931-0600 - FAX 862-4879

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer BRONX PSYCHIATRIC CENTER
Street Address 1500 WATERS PLACE
County, City BRONX, N.Y
State & Zip Code N.Y. 10461
Telephone Number 718-931-0600 - FAX #718-862-4879

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____ Failure to hire me.

_____ Termination of my employment.

Mock interview ✓ Failure to promote me.

_____ Failure to accommodate my disability.

_____ Unequal terms and conditions of my employment.

Rev. 05/2010                    2

_____ Retaliation.

_____ Other acts (specify): _____.

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: __7/23/2015__.
   Date(s)

C. I believe that defendant(s) (check one):

   ✓ is still committing these acts against me.

   _____ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check only those that apply and explain):

   ☑ race ___Indian___              ☐ color _____

   ☐ gender/sex _____              ☐ religion _____

   ☑ national origin ___Guyanese___

   ☐ age. My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

   ☑ disability or perceived disability, ___Mental impairment___ (specify)

E. The facts of my case are as follow (attach additional sheets as necessary):

#1- 28 years of service working as Office Assistant I.
#2- Work in 2000 as a MHTA, give up the job because I felt I was not ready or qualify to work as a MHTA because of my inexperience.
#3- Since 2000, was working in environment with patients learn MHTA experience and perceive service for the patients.
#4- After 15 years of working along patients on Treatment malls/Work-Shop I am ready to resume work as a MHTA to care for the patients.

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: ___July 9, 2015___ (Date).

Rev. 05/2010                                3

B.  The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

__✓__ issued a Notice of Right to Sue letter, which I received on  11/18/2015  *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

__✓__ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: I am looked forward to fullfill what has been incompleted. Remedy sought is to be appointed as a Mental Health therapy tide. I can do it work as a MHTA.
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of January, 2016.

Signature of Plaintiff   Marie Ramonne

Address   1700 Hoe Avenue Apt 1
          Bronx, N.Y. 10461

Telephone Number   646-467-4948

Fax Number *(if you have one)*   I do not have.

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Marie Ramnarine**
**1700 Hone Avenue, 1st Floor**
**Bronx, NY 10461**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2015-03698 | Orfelino Genao, Investigator | (212) 336-3642 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin J. Berry_   11-18-2015
Kevin J. Berry,
District Director
(Date Mailed)

Enclosures(s)

cc:  **Attn**
**Director of Human Resources**
**BRONX PSYCHIATRIC CENTER**
**1500 Waters Place**
**Bronx, NY 10461**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
District Office: (212) 336-3620
TTY (212) 336-3622

Marie Ramnarine
1700 Hone Avenue
Bronx, NY 10461

Re:   EEOC Charge No. 520-2015-03698
      Marie Ramnarine v Bronx Psychiatric Center

Dear Ms. Ramnarine:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information and evidence you submitted. Based on this evaluation, we can not conclude that you were subjected to an adverse employment action motivated by discriminatory animus as defined by Commission guidelines and federal law. Therefore, your charge will be dismissed.

Attached is your Dismissal and Notice of Rights. If you wish to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the Notice.

Please contact Investigator Orfelino Genao at (212) 336-3642 if you have any questions.

Sincerely,

_Orfelino Genao_  For                                        11-18-2015
Kevin Berry                                                  Date
District Director

enc.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
District Office: (212) 336-3620
General FAX: (212) 336-3625

November 2, 2015

Respondent: Bronx Psychiatric Center
EEOC Charge No.: 520-2015-03698

Marie Ramnarine
1700 Hone Avenue, 1st Floor
Bronx, NY 10461

Dear Ms. Ramnarine:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ ] Title VII of the Civil Rights Act of 1964 (Title VII)

[ ] The Age Discrimination in Employment Act (ADEA)

[✓] The Americans with Disabilities Act (ADA)

[ ] The Equal Pay Act (EPA)

Because the document that you submitted to us constitutes a charge of employment discrimination, including your indication that you intended to file a charge, we have complied with the law and notified the employer that you filed a charge.

A review of the information you submitted to us, however, does not lead us to conclude that an investigation into your allegations would result in a finding that the Bronx Psychiatric Center violated one of the federal laws that the EEOC enforces. Therefore, your charge of discrimination will be dismissed immediately, and no further action will be taken by the EEOC regarding your charge.

If you would like to provide additional information that is relevant to your charge of discrimination, please submit in **writing** the additional information to substantiate your allegations.

If we have not heard from you within 10 days of this letter, we will assume that you do not intend to provide further information to us, and we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

Sincerely,

Orfelino Genao
Investigator

NEW YORK STATE DEPARTMENT OF CIVIL SERVICE
Notice of Examination Results

| EXAMINATION NO. AND TITLE | OPTION | RANK ON LIST OR REASON | FINAL SCORE | ELIGIBILITY DATE | TENTATIVE VETERANS CREDITS |
|---|---|---|---|---|---|
| 00282  MENTAL HLTH TH AIDE TR | | 2 | 100.0 | | |

### Written Test Profile

| Written Test Sections | Number of questions you answered correctly | You did as well as or better than the following percentage of candidates taking this examination** |
|---|---|---|
| Dealing with daily situations in an OMH setting | 20 of 25 | 30 |
| Understanding and applying written instructional material | 5 of 5 | 100 |
| Observing and recording situations of daily living | 7 of 7 | 100 |
| Arithmetic for daily living | 7 of 8 | 64 |

** The last column of the Test Profile tells you how well you did compared to other people who took the exam. For example, if the column shows you did as well as or better than 70 percent, this means that 30 percent of the people answered more questions correctly than you did in that section.

The FINAL SCORE(S) do not represent the percentage of correctly answered questions. Scoring formula(s) are applied to the total number of questions you answered correctly for each examination, so the sum of the numbers reported in the profile(s) may not equal your FINAL SCORE(S).

MARIE RAMNARINE   XXX-XX-6681