UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                         :

MARIE RAMNARINE,
                                                                         :

          Plaintiff,                                     ORDER

                                                                         :

  -v.-

                                                                          :         16 Civ. 479 (PGG) (GWG)

BRONX PSYCHIATRIC CENTER, et al.,     :

          Defendant.                              :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The conference scheduled for Tuesday, March 17, 2020 at 2:15 p.m. is changed to a telephone conference. At that time, counsel for defendant is directed to place a call to the Court at (212) 805-4260 with all parties on the line. Defendant is directed to contact plaintiff by telephone immediately to inform her of this change.

      SO ORDERED.

Dated: March 13, 2020
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge

Copy mailed to:

Marie Ramnarine
1700 Hone Avenue
Bronx, New York 10461