UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                                                  :

MARIE RAMNARINE,

                                                                                                  :

          Plaintiff,                                      <u>ORDER</u>

                                                                                                  :

       -v.-

                                                                                                  :          16 Civ. 479 (PGG) (GWG)

BRONX PSYCHIATRIC CENTER, et al.,          :

          Defendant.                                     :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The parties have been consulted with respect to the matters contained in this order in accordance with Rule 16(b) of the Federal Rules of Civil Procedure. It is hereby ORDERED as follows:

1. Each party must immediately inform the Court of any change in that party's address or telephone number. If a party fails to do so, the case may be dismissed or a default entered.

2. All requests for documents and interrogatories shall be sent to the opposing party by April 7, 2020.

3. Disclosures required by Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure shall be made by April 17, 2020.

4. The parties may move to amend the pleadings or join any other parties no later than April 24, 2020.

5. If the parties intend to engage an expert for trial, they shall inform each other by June 9, 2020, and shall seek a period for expert discovery from the Court.

6. All discovery shall be commenced in time to be completed by July 7, 2020.

7. Any letter to Judge Gardephe seeking permission to make a summary judgment motion shall be filed by July 14, 2020.

8. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any contention that a party has not responded properly to a

discovery request must be brought to the Court's attention immediately and in accordance with the Court's Individual Practices. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

9. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judges.htm

10. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

11. Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

12. The Clerk is requested to mail a copy of this Order to the pro se plaintiff at the following address (and to update the docket sheet to indicate the apartment number):

Marie Ramnarine
1700 Hone Avenue, Apt. 1
Bronx, New York 10461

Dated: New York, New York
       March 17, 2020

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge