UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE RAMNARINE,

                Plaintiff,

- against -   **ORDER**

BRONX PSYCHIATRIC CENTER, and   16 Civ. 479 (PGG)
EDWINA SMITH,

                Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Defendant Smith's motion for summary judgment:

1. Defendant's motion is due on **March 17, 2021**;

2. Plaintiff's opposition is due on **April 16, 2021**; and

3. Defendant's reply, if any, is due on **April 26, 2021**.

Copies mailed by Chambers.

Dated: New York, New York
       February 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge