

MEMO ENDORSED:
The summary judgment briefing schedule (Dkt. No. 86) is extended by thirty days. Any summary judgment motion by Defendant is due May 17, 2021; Plaintiff's opposition is due June 16, 2021; and any reply by Defendant is due June 28, 2021.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: March 25, 2021

Via ECF
Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007

March 24, 2021

**Re: *Ramnarine v. Bronx Psychiatric Center, et al.*, 16-cv-0479 (PGG)(GWG)**

Dear Judge Gardephe:

Pursuant to Your Honor's February 22nd order (ECF 86), the parties in the above-referenced case jointly submit this letter to provide Your Honor with an update as to the status of settlement negotiations. The parties further jointly request a stay of the summary judgment scheduling order (*Id.*) or, in the alternative, an extension of time.

The parties have made significant and meaningful progress toward a settlement, defining and working toward agreement upon key terms. We anticipate that Defendant will seek approval of a proposed settlement within the next few weeks.

For this reason, we request a stay, sine die, of the scheduling order for Defendant's Motion for Summary Judgment.

Thank you for your consideration.

Respectfully,

*/s/ Samantha Jones*
Samantha James
Limited Pro Bono Counsel for Plaintiff

*/s/ Carrie Windland*
Carrie Windland
Assistant Attorney General
Counsel for Defendant